928 F.2d 399
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Sam T. ARNETTE, Plaintiff-Appellant,
v.
UNITED STATES POSTAL SERVICE, Defendant-Appellee.
 No. 90-2235.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 4, 1991.
Decided March 20, 1991.
 
 Appeal from the United States District Court for the District of South Carolina, at Florence. Clyde H. Hamilton, District Judge. (CA-89-2430-4-15K)
 Sam T. Arnette, appellant pro se.
 Theresa Hern Potts Bailey, Office of the United States Attorney, Columbia, S.C., Robert Paul Sinderman, Jr., United States Postal Service, Washington, D.C., Maura A. Johnston, Office of Field Legal Services, Philadelphia, Pa., for appellee.
 D.S.C.
 AFFIRMED.
 Before WIDENER and K.K. HALL, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Sam T. Arnette filed this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Secs. 2000e et seq. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Arnette v. United States Postal Service, CA-89-2430-4-15K (D.S.C. Sept. 28, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.